UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bremer Trust, N.A,

          Plaintiff,

Case No. 15-3002 (MJD/BRT)

v.

ORDER

Quality Ingredients Corporation,

          Defendant.

_____

      Thomas H. Boyd, Winthrop & Weinstine, PA, Counsel for Plaintiff.

      Kathryn N. Hibbard, Lawrence M. Shapiro and Mark L. Johnson, Greene Espel, PLLP and Kevin R. Coan, Mark T. Berhow and Margate Ann Santos, Hinshaw & Culbertson, LLP, Counsel for Defendant.

_____

      The above-entitled matter comes before the Court on Defendant's objections to the Report and Recommendation of Magistrate Judge Becky R. Thorson dated October 30, 2015 recommending that the Court deny its motion to dismiss.

      Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based on that review, the Court will adopt the Report and Recommendation and deny Defendant's motion to

dismiss.

**IT IS HEREBY ORDERED** that Defendant Quality Ingredients Corporation's Motion to Dismiss or Stay Proceedings (Doc. No. 11) is **DENIED.**

DATED: December 22, 2015        s/ Michael J. Davis
                                MICHAEL J. DAVIS
                                United States District Court